**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

March 11, 2011                                          TIME: 1:54 p.m. (17 minutes)

CASE NUMBER:  CV-10-2156-JFB-AKT

TITLE:      **Michael Miller v. Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLC et al**

PLTFFS ATTY:    **Daniel Edelman**
                 X  present            ___ not present

                **Abraham Kleinman**
                 X  present            ___ not present

DEFTS ATTY:     **Kenneth Labbate**
                 X present             ___ not present

FTR RECORDER: 1:54 - 2:11            COURTROOM DEPUTY:  Mary Ryan

OTHER: _____

 X    CASE CALLED.

 X    CONF HELD.

 X    ARGUMENT HEARD.

 X    DECISION:   Reserved.

**OTHER:** _____