DATE: 6/21/2011                                           AT: 12:32 p.m.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE CONFERENCE

DOCKET NUMBER: CV 10-2156

TITLE: Miller v. Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato, & Einiger, et al.

FTR: 12:32-1:00

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY _____ |
| | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| | NEXT CONFERENCE SET FOR _____ |
| X | CASE TO BE REFERRED MAGISTRATE JUDGE TOMLINSON. FOR DISCOVERY. |
| | MOTION TO BE FILED BY  //2011 ;  RESPONSE BY  //2011 ;  REPLY BY  //2011 . |
| | ORAL ARGUMENT SET FOR  //2011 at 11:00 a.m. |
| | JURY SELECTION SET FOR _____ |
| | TRIAL SET FOR _____ |
| X | OTHER Decision made on the record. Granting the motion to dismiss in one count and denying the motion to dismiss in all other counts. |