UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

MICHAEL MILLER,

    Plaintiffs,

    – against –

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO &
EINIGER, LLC, ET. AL.,

    Defendants.

----------------------------------------X

ORDER
10-CV-2156 (JFB)(AKT)

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ JUN 22 2011 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth in detail on the record on June 21, 2011, defendants' motion to dismiss is granted in part and denied in part. Specifically, with respect to Count One, the motion is granted, and is denied in all other respects.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    June 22, 2011
           Central Islip, NY