**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
MICHAEL MILLER,                                  :
individually and on behalf of the class defined  :    NOTICE OF SETTLEMENT
herein,                                          :
                                                 :
                                                 :    10-cv-2156
                    Plaintiff,                   :
                                                 :    Judge Bianco
        v.                                       :
                                                 :    Magistrate Judge Tomlinson
ABRAMS, FENSTERMAN, FENSTERMAN,                  :
EISMAN, GREENBERG, FORMATO &                     :
EINIGER, LLP, and ROBERT FENSTERMAN,             :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------------x
```

      Plaintiff Michael Miller, through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, and Defendants Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP and Robert Fensterman, through their attorneys Mound, Cotton, Wollan & Greengrass, hereby inform this Court that the parties have reached a settlement on a class-wide basis which will require the court's approval. The parties request that the Court strike all pending dates. The parties further request that the Court set a date for status on the settlement or, in the alternative, a date, no less than 30 days from the filing of this notice, for preliminary approval .

Respectfully submitted,

By: <u>s/Daniel A. Edelman</u>               By: <u>s/Sanjit Shah</u>

| | |
|---|---|
| EDELMAN COMBS LATTURNER & GOODWIN, LLC | MOUND, COTTON, WOLLAN & GREENGRASS |
| Abraham Kleinman (AK-6300) | Kenneth M. Labbate (KL-1074) |
| *Attorneys for Plaintiff* | Sanjit Shah (SS-0148) |
| 626 RexCorp Plaza | *Attorneys for Defendant* |
| Uniondale, NY 11556 | One Battery Park Plaza |
| Ph: (516) 522-2621 | New York, New York 10004 |
| akleinman@kleinmanllc.com | Ph: (212) 804-4200 |
| | Fx: (212) 344-8066 |
| Cathleen M. Combs | klabbate@moundcotton.com |
| Daniel A. Edelman | sshah@moundcotton.com |
| EDELMAN COMBS LATTURNER & GOODWIN, LLC | |
| *Attorneys for Plaintiff* | |
| 120 South LaSalle Street, 18th Floor | |
| Chicago, IL 60603-3403 | |

Dated: April 30, 2012