**CIVIL CAUSE FOR ORAL ARGUMENT**
**BEFORE JUDGE BIANCO**

DATE: 8/15/12                                           TIME: 4:47 p.m.  (17 min.)

CASE NUMBER:        CV 10-02156

TITLE:                       Miller v. Abrams Fensterman

PLTFFS ATTY:        Abraham Kleinman and Cathleen Combs

DEFTS ATTY:          Sanjit Shah

FTR: 4:47-5:04                           COURTROOM DEPUTY: Michele Savona

OTHER:

__X__   CASE CALLED.

__X__   CONF (HELD / ADJ'D / CONT'D TO_____)

__X__   ARGUMENT HEARD / CONT'D TO_____.

__X__   DECISION: Made on the record. Motion for preliminary approval is granted. (Doc. #84)

           Motion to certify class is granted.  (Doc. #54)

__X__   HEARING SET FOR 12/17/12 AT 1:30 p.m.

**OTHER:**